UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TERRAZAS CORRAL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN FCC LOMPOC LOW II,<br><br>　　　　Respondent. | Case No. 2:24-cv-00731-WDK-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Docket No. 1), the Motion to Dismiss (Docket No. 6), records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report," Docket No. 9). Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the Report and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (Docket No. 6) is granted, and Judgment will be entered denying the Petition and dismissing this action without prejudice.

///

///

1  IT IS SO ORDERED.
2
3  Dated: 12/20/2024
4
5                                    HONORABLE WILLIAM D. KELLER
                                     UNITED STATES DISTRICT JUDGE