**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TERRAZAS CORRAL,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN FCC LOMPOC LOW II,<br><br>        Respondent. | Case No. 2:24-cv-00731-WDK-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: 12/20/2024

_____
HONORABLE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE